Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-116

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Pastel Blue Oyster Shell Painting |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | June 13, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bonnie Hayes Bonsall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hayes Bonsall
19 E. Palmer Avenue, Collingswood, NJ, 8108, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Base AI-generated image |
| **New material included in claim:** | Color and lighting adjustments; digitally painted background; added details inside the oysters |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hayes Bonsall |
| **Email:** | foursistersprintshop@gmail.com |
| **Address:** | 19 E. Palmer Avenue
Collingswood, NJ 8108 United States |

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062502

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-115

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

## Title

| | |
|---|---|
| **Title of Work:** | Pastel Marsh Sunset Painting |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | April 17, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Bonnie Hayes Bonsall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hayes Bonsall |
| | 19 E. Palmer Avenue, Collingswood, NJ, 8108, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Base AI-generated image |
| **New material included in claim:** | Enhance the color and lighting , added details on the Marsh sunset and the artistic modifications. |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hayes Bonsall |
| **Email:** | foursistersprintshop@gmail.com |
| **Address:** | 19 E. Palmer Avenue |
| | Collingswood, NJ 8108 United States |

## Certification

Name: David Denholm
Date: June 24, 2025
Applicant's Tracking Number: BB2025062504

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-117

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Pastel Butterfly Painting |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | June 05, 2024 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Bonnie Hayes Bonsall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hayes Bonsall |
| | 19 E. Palmer Avenue, Collingswood, NJ, 8108, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Base AI-generated image |
| **New material included in claim:** | Color and lighting adjustments; digitally painted background; added details to the butterflies. |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hayes Bonsall |
| **Email:** | foursistersprintshop@gmail.com |
| **Address:** | 19 E. Palmer Avenue |
| | Collingswood, NJ 8108 United States |

## Certification

|  | |
|---:|:---|
| **Name:** | David Denholm |
| **Date:** | June 24, 2025 |
| **Applicant's Tracking Number:** | BB2025062503 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-114

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
January 16, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Abstract Magic Castle Painting |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | May 15, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Bonnie Hayes Bonsall |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hayes Bonsall |
| | 19 E. Palmer Avenue, Collingswood, NJ, 8108, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Base AI-generated image |
| **New material included in claim:** | Enhance the color and lighting , added details on the castle and the artistic modifications. |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hayes Bonsall |
| **Email:** | foursistersprintshop@gmail.com |
| **Address:** | 19 E. Palmer Avenue |
| | Collingswood, NJ 8108 United States |

## Certification

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** BB2025062501

**Correspondence:** Yes

