## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BONNIE HAYES BONSALL,

    Plaintiff,                        Case No.: 1:26-cv-04084

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## <u>SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
|-----|------------|
| 1 | zhaojuhuashop |
| 2 | ZHOUWENQING |
| 3 | LIZICHANGSTORE |
| 4 | BIOODS |
| 5 | zhuxiangyongArt |
| 6 | zan8141 |
| 7 | Liuquangang123 |
| 8 | linzhenzhu |
| 9 | yuxiongfeng |
| 10 | JIEELHAO |
| 11 | guangxibeihaishifaquanjixiezulinfuwuyouxiangongsi |
| 12 | Lingfazzz |
| 13 | 广州米滋商贸有限公司 |
| 14 | MISJIJIMJIS |
| 15 | HANWENSKWER |
| 16 | chenpingartt |
| 17 | Cherry Life Hall |
| 18 | Likjad |
| 19 | zhangshijie11 |
| 20 | QAZWSXIKJ |
| 21 | SKDJDUF |
| 22 | 曼蒂户外生活用品 |

| | |
|---|---|
| 23 | shichenlunshangmao |
| 24 | XianYouTongXuYuEnMaoYiYouXianGongSi |
| 25 | CHFAN |
| 26 | HAOJUNENR |
| 27 | zhideguo |
| 28 | Rich Golden |
| 29 | xuanenshinengxinnengyuanyouxiangongsi |
| 30 | GuangZhouYueFeiLingShangMaoYouXianGongSi |
| 31 | Xian You Xian Min Fu Mao Yi You Xian Gong Si |
| 32 | Sminial Decor |
| 33 | liyueyunjingpin |
| 34 | 广州紫颖科技有限公司 |
| 35 | fuyangshuangyumuyeyouxiangongsi |
| 36 | LuxeLine Art |
| 37 | yichunshichenxinxinxingjiancaiyouxiangongsi |
| 38 | guangzhouxibeishangmaoyouxiangongsi |
| 39 | XiangFenXianYiRanYiShuPeiXunXueXiaoYouXianGongSi |
| 40 | chenghongweic |
| 41 | zye art haome |
| 42 | Lian Fut |
| 43 | Liushuling |
| 44 | weike |
| 45 | zhai hanghang |
| 46 | wangyuanmin |
| 47 | KB ART |
| 48 | M The art of beckoning |
| 49 | KUBY Painting SHOP |
| 50 | YNAdian |
| 51 | C cqdxd |
| 52 | Louise Mandy |
| 53 | Joshua Cody |
| 54 | Banbo Decorative painting |
| 55 | U cj Decorative Painting |
| 56 | Yuie Yuo Decoration |
| 57 | Sundrift K |
| 58 | EMOTION PAINTING ART |
| 59 | CustomGlitz |

| | |
|----|----|
| 60 | Lin Super assembly center |
| 61 | ZoyiShop |
| 62 | ZH Art |
| 63 | Paintings canvas |
| 64 | My home studio |
| 65 | Cool print space |
| 66 | H Tian decorative painting |
| 67 | Yearround shop |
| 68 | HiCustomArt |
| 69 | Interior decoration paint ka |
| 70 | A Fan Pai LAN Decoration |
| 71 | S Z Canvas Studio |
| 72 | Time Home B |
| 73 | Folk Home Textiles C |
| 74 | NB Canvas ART |
| 75 | WT Canvas ART |
| 76 | Linea K Vale |
| 77 | TEPLKJR DIY |
| 78 | World Visual Presentation |
| 79 | YS art poster |
| 80 | Art Code |
| 81 | O tei Decorative Painting |
| 82 | Jia Home Furnishings B |
| 83 | Cozy corner wall art decoration |
| 84 | Fashion World ART |
| 85 | Verve Vignette |
| 86 | Canvas Tales Me |
| 87 | Home Decoration Two |
| 88 | Artistic Whispers |
| 89 | ZZY ART STUDIO |
| 90 | Chen Yi Lan Painting |
| 91 | C YJJ Art Painting |
| 92 | NiNEArt |
| 93 | IASFVY |
| 94 | Ingrid poster |
| 95 | yujain ni art |
| 96 | Joyfullo |
| 97 | Interesting Canvas Poster |

| | |
|---|---|
| 98 | T AH Home Decorations |
| 99 | E Grateful Decorative painting |
| 100 | AllSeason Home Goods |
| 101 | Lumigram Art |
| 102 | Gerald Decoration |
| 103 | Crafted Hue Canvas |