# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BONNIE HAYES BONSALL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04084

Judge Robert W. Gettleman

Magistrate Judge Albert Berry, III

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | zhaojuhuashop |
| 2 | ZHOUWENQING |
| 3 | LIZICHANGSTORE |
| 4 | BIOODS |
| 5 | zhuxiangyongArt |
| 6 | zan8141 |
| 7 | Liuquangang123 |
| 8 | linzhenzhu |
| 9 | yuxiongfeng |
| 10 | JIEELHAO |
| 11 | Lingfazzz |
| 12 | 广州米滋商贸有限公司 |
| 13 | MISJIJIMJIS |
| 14 | HANWENSKWER |
| 15 | chenpingartt |
| 16 | Cherry Life Hall |
| 17 | zhangshijie11 |
| 18 | QAZWSXIKJ |
| 19 | SKDJDUF |
| 20 | 曼蒂户外生活用品 |
| 21 | shichenlunshangmao |

| | |
|---|---|
| 22 | XianYouTongXuYuEnMaoYiYouXianGongSi |
| 23 | CHFAN |
| 24 | HAOJUNENR |
| 25 | zhideguo |
| 26 | Rich Golden |
| 27 | Xian You Xian Min Fu Mao Yi You Xian Gong Si |
| 28 | liyueyunjingpin |
| 29 | 广州紫颖科技有限公司 |
| 30 | fuyangshuangyumuyeyouxiangongsi |
| 31 | yichunshichenxinxinxingjiancaiyouxiangongsi |
| 32 | guangzhouxibeishangmaoyouxiangongsi |
| 33 | XiangFenXianYiRanYiShuPeiXunXueXiaoYouXianGongSi |
| 34 | chenghongweic |
| 35 | zye art haome |
| 36 | Lian Fut |
| 37 | Liushuling |
| 38 | wangyuanmin |