## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BONNIE HAYES BONSALL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04084

Judge Robert W. Gettleman

Magistrate Judge Albert Berry, III

### DECLARATION OF SERVICE

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, BONNIE HAYES BONSALL ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Bonnie Hayes Bonsall and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on May 7, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Minute Entry [19], Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") marketplaces,

as identified in Exhibit 2 to the Declaration of Bonnie Hayes Bonsall as being related to the defendants.

4.      I hereby certify that on or before May 7, 2026, I electronically published the Complaint, TRO, Summons, and Minute Entry [19] on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction on said website.

5.      I hereby certify that on May 7, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Minute Entry [19], Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon and Walmart marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2026.


/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiff*

2