## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BONNIE HAYES BONSALL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04084

Judge Robert W. Gettleman

Magistrate Judge Albert Berry, III

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | zhaojuhuashop |
| 2 | ZHOUWENQING |
| 3 | LIZICHANGSTORE |
| 4 | BIOODS |
| 10 | JIEELHAO |
| 13 | MISJIJIMJIS |
| 14 | HANWENSKWER |
| 17 | zhangshijie11 |
| 18 | QAZWSXIKJ |
| 19 | SKDJDUF |
| 20 | 曼蒂户外生活用品 |
| 21 | shichenlunshangmao |
| 23 | CHFAN |
| 24 | HAOJUNENR |
| 25 | zhideguo |
| 26 | Rich Golden |
| 27 | Xian You Xian Min Fu Mao Yi You Xian Gong Si |
| 34 | chenghongweic |
| 36 | Lian Fut |
| 37 | Liushuling |
| 38 | wangyuanmin |

DATED:  June 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt